**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-6797

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COREY L. DARK, SR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-94-50017-5, CA-99-708-7)

---

Submitted: August 30, 2000        Decided: September 7, 2000

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Corey L. Dark, Sr., Appellant Pro Se. Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Corey L. Dark, Sr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. To the extent that he claims error by the sentencing court and the Government, these claims could have been raised on direct appeal and are not subject to collateral review. See Boeckenhaupt v. United States, 537 F.2d 1182, 1183 (4th Cir. 1976). To the extent that he seeks to challenge the execution and computation of his sentence, jurisdiction over this issue lies within the District of Maryland where Appellant is presently incarcerated. See United States v. Miller, 871 F.2d 488, 490 (4th Cir. 1989). Accordingly, we deny a certificate of appealability and dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED